SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:  1. *Intake Clerk* *

2. *Case Administrator*

FROM:  *Financial Administrator*

DATE: 5/8/17

UC — Small dividends

CASE NAME: Arlene A. Jenkins

CASE NUMBER: 12-70122 JAD

---

Check Number 103703 in the amount of $ 54.44 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 12723      Intake Clerk's Initials [signature]

---

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
### 600 GRANT STREET
### PITTSBURGH, PA 15219
### TELEPHONE: (412) 471-5566
### FAX: (412) 471-5470
### Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**

05/02/2017

Michael R. Rhodes, Esquire            OR            Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court                          Clerk, US Bankruptcy Court
5414 U.S. Steel Tower                               U.S. Courthouse, Room B160
600 Grant Street                                    17 South Park Row
PIttsburgh, PA  15219                               Erie, PA  16501

Re: ARLENE A. JENKINS

Case No: 12-70122JAD

Dear Mr. Rhodes:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
   These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Barclays Bank De++
Po Box 15102
Wilmington, DE 19886-5094

CHECK NUMBER 1037003     AMOUNT $54.44

   The disbursement(s) was returned to the Trustee for the following reason:

Creditor is on Global Reserve

   Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: PAUL W MCELRATH JR ESQ
ARLENE A. JENKINS

Barclays Bank De++