SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1.   *Intake Clerk* *

        2.   *Case Administrator*

FROM:   *Financial Administrator*

DATE: __5/8/17__

*[handwritten: UC — small dividends]*

CASE NAME: __Arlene A. Jenkins__

CASE NUMBER: __12-70122 JAD__

---

Check Number __103760__ in the amount of $ __242.39__ was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: __12722__     Intake Clerk's Initials __[initials]__

---

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.*

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
05/02/2017

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: ARLENE A. JENKINS

Case No: 12-70122JAD

Dear Mr. Rhodes:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
   These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

Barclays Bank De++
Po Box 15102
Wilmington,DE 19886-5094

CHECK NUMBER 1037002      AMOUNT $242.39

   The disbursement(s) was returned to the Trustee for the following reason:

Creditor is on Global Reserve

     Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:PAUL W MCELRATH JR ESQ
ARLENE A. JENKINS

Barclays Bank De++