**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Arlene A. Jenkins**
**aka Arlene A. Clary, aka Arlene A. Peterson**
Debtor(s)

Bankruptcy Case No.: 12–70122–JAD
Doc. No. 101
Chapter: 13
Docket No.: 102 – 101

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 30th day of May, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/20/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **6/30/17 at 10:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/20/17.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-70122-JAD
Arlene A. Jenkins                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch                Page 1 of 3              Date Rcvd: May 30, 2017
                              Form ID: 408              Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2017.
```
db            +Arlene A. Jenkins,    118 Dirt Road,    Artemas, PA 17211-8084
13296323      +Advantage Credit Counseling Service,    River Park Commons,    2403 Sidney Street,    Suite 400,
                Pittsburgh, PA 15203-2181
13296325     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     Po Box 982238,    El Paso, TX 79998)
13493797       Barclay,   4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
13296327      +CCB Credit Services,    P.O. Box 272,    Springfield, IL 62705-0272
13296328      +Chadwicks of Boston,    Po Box 182746,    Columbus, OH 43218-2746
13296329      +Chase,   201 North Walnut Street,    Wilmington, DE 19801-2920
13296331      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13296330      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
13296332      +Chase-Bp,   Po Box 15298,    Wilmington, DE 19850-5298
13296333      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13296334      +Citi/Shell,   Po Box 6497,    Sioux Falls, SD 57117-6497
13296335      +Client Services, Inc.,    3451 Harry S. Truman Boulevard,    St. Charles, MO 63301-9816
13296336       Columbia House DVD Club,    P.O. Box 91602,    Indianapolis, IN 46291-0616
13296338     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,     1 Dell Way,    Round Rock, TX 78682)
13327417      +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13296340      +Eddie Bauer,   995 West 122nd Avenue,    Westminster, CO 80234-3417
13296341      +Exxon,   Po Box 6497,    Sioux Falls, SD 57117-6497
13296342      +Fingerhut/Metbank,    Post Office Box 166,    Newark, NJ 07101-0166
13296344      +Ford Credit,   Po Box Box 542000,    Omaha, NE 68154-8000
13296345      +HFC,   Po Box 3425,    Buffalo, NY 14240-3425
13296346      +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
13296347      +Hsbc Bank,   6602 Convoy Court,    San Diego, CA 92111-1009
13296350      +Macy's,   9111 Duke Boulevard,    Mason, OH 45040-8999
13318841      +Marriott Employees FCU,    1 Marriott Drive,    Washington, DC 20058-0001
13296353      +National Credit Solutions,    Po Box 15779,    Oklahoma City, OK 73155-5779
14112726      +Planet Home Lending, LLC.,    321 Research Parkway, Suite 303,    Meriden, CT 06450-8342
13302222       SANTANDER CONSUMER USA,    P.O. BOX 560284,    DALLAS, TX 75356-0284
13296356      +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
13612533       Selene Finance,    P.O. Box 71243,    Philadelphia, PA 19176-6243
13296357      +Seventh Avenue,    1112 7th Avenue,    Monroe, WI 53566-1364
13296358      +Shell,   Po Box 6497,    Sioux Falls, SD 57117-6497
13296359      +The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
13296361      +United Consumer Financial Services,    865 Bassett Road,    Westlake, OH 44145-1194
13296364      +Washington County Hospital,    251 East Antietam Street,    Hagerstown, MD 21740-5724
13296365      +Wells Fargo National Bank,    Po Box 94498,    Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2017 01:27:21
                PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr             E-mail/PDF: rmscedi@recoverycorp.com May 31 2017 00:49:08
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL 33131-1605
13296326       E-mail/Text: bankruptcy@bbandt.com May 31 2017 00:44:37       BB&T,   Po Box 1847,
                Wilson, NC 27894
13296337      +E-mail/Text: ccusa@ccuhome.com May 31 2017 00:44:13       Credit Collection,    Po Box 873,
                Morgantown, WV 26507-0873
13296339       E-mail/Text: mrdiscen@discover.com May 31 2017 00:44:18       Discover Financial Services LLC,
                Po Box 15316,    Wilmington, DE 19850
13320217       E-mail/Text: mrdiscen@discover.com May 31 2017 00:44:18       Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13425552       E-mail/Text: cashiering-administrationservices@flagstar.com May 31 2017 00:45:50
                FLAGSTAR BANK, FSB,    FLAGSTAR BANK, FSB,    5151 CORPORATE DRIVE,    SUITE 200TROY, MI 48098
13296343      +E-mail/Text: cashiering-administrationservices@flagstar.com May 31 2017 00:45:50
                Flagstar Bank,   5151 Corporate Drive,    Troy, MI 48098-2639
13296348       E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 00:42:13       JCPenney,    Po Box 984100,
                El Paso, TX 79998
13418974      +E-mail/Text: bncmail@w-legal.com May 31 2017 00:45:32
                Keystone Recovery Partners LLC, Series A,    c/o Weinstein & Riley, P.S.,
                2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13296349       E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 00:42:13       Lowes,   Po Box 103065,
                Roswell, GA 30076
13296351      +Fax: 301-858-1852 May 31 2017 01:08:40      Marriott Employees FCU,    c/o R.A. Rogers Inc.,
                P.O. Box 3302,    Crofton MD 21114-0302
13296352      +E-mail/Text: MVCIBL@VACATIONCLUB.COM May 31 2017 00:45:11       Marriott Employees FCU,
                10400 Fernwood Road,    Bethesda, MD 20817-1102
13296354      +E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 00:42:06       Old Navy,    Po Box 981400,
                El Paso, TX 79998-1400
13377252       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2017 01:27:10
                Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
```

```
District/off: 0315-7          User: msch                 Page 2 of 3              Date Rcvd: May 30, 2017
                              Form ID: 408               Total Noticed: 59


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14177591          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2017 01:06:24
                   Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
13296355         +Fax: 301-858-1852 May 31 2017 01:08:40     R.A. Rogers, Inc.,   PO Box 3302,
                   Crofton, MD 21114-0302
13304748          E-mail/PDF: rmscedi@recoverycorp.com May 31 2017 00:48:40
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
13425230         +E-mail/Text: bnc@bass-associates.com May 31 2017 00:44:16
                   United Consumer Financial Services,    Bass & Associates, P.C.,
                   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13296362         +E-mail/Text: bkrpt21@maxprofitsys.com May 31 2017 00:45:05     Valley Credit Service,
                   12907 Oak Hill Avenue,   Hagerstown, MD 21742-2926
13415339          E-mail/Text: WFB.Bankruptcy@cabelas.com May 31 2017 00:46:08     WORLD'S FOREMOST BANK,
                   CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
13296363         +E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 00:42:12     Wal-Mart,   Po Box 981400,
                   El Paso, TX 79998-1400
13296366         +E-mail/Text: WFB.Bankruptcy@cabelas.com May 31 2017 00:46:08     Worlds Foremost Bank,
                   4800 NW 1st Street,   Suite 300,   Lincoln, NE 68521-4463
                                                                                             TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Flagstar Bank, FSB
cr               Planet Home Lending, LLC
cr               Selene Finance, LP
13296322         Arlene A. Jenkins
13318812         Arlene A. Jenkins
cr*              Barclay,   4161 Piedmont Parkway,   NC4 105 03 14,   GREENSBORO, NC  27410
cr*             +Keystone Recovery Partners LLC, Series A,   c/o Weinstein & Riley, P.S.,
                   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
cr*             +Planet Home Lending, LLC.,   321 Research Parkway, Suite 303,   Meriden, CT 06450-8342
13318813*       +Advantage Credit Counseling Service,   River Park Commons,   2403 Sidney Street,   Suite 400,
                   Pittsburgh, PA 15203-2181
13318815*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,   Po Box 982238,   El Paso, TX 79998)
13311779*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: FIA CARD SERVICES, N.A.,   PO Box 15102,
                   Wilmington, DE 19886-5102)
13318816*      ++BB AND T,   PO BOX 1847,   WILSON NC 27894-1847
                 (address filed with court: BB&T,   Po Box 1847,   Wilson, NC 27894)
13318814*       +Bank of America,   Po Box 1598,   Norfolk, VA 23501-1598
13318817*       +CCB Credit Services,   P.O. Box 272,   Springfield, IL 62705-0272
13318818*       +Chadwicks of Boston,   Po Box 182746,   Columbus, OH 43218-2746
13318820*       +Chase,   Po Box 24696,   Columbus, OH 43224-0696
13318821*       +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13318819*       +Chase,   201 North Walnut Street,   Wilmington, DE 19801-2920
13318822*       +Chase-Bp,   Po Box 15298,   Wilmington, DE 19850-5298
13318823*       +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13318824*       +Citi/Shell,   Po Box 6497,   Sioux Falls, SD 57117-6497
13318825*       +Client Services, Inc.,   3451 Harry S. Truman Boulevard,   St. Charles, MO 63301-9816
13318826*        Columbia House DVD Club,   P.O. Box 91602,   Indianapolis, IN 46291-0616
13318827*       +Credit Collection,   Po Box 873,   Morgantown, WV 26507-0873
13318828*      ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services,   1 Dell Way,   Round Rock, TX 78682)
13357855*      ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
                   PO Box 10390,   Greenville, SC 29603-0390)
13318829*      ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
                 (address filed with court: Discover Financial Services LLC,   Po Box 15316,
                   Wilmington, DE 19850)
13318830*       +Eddie Bauer,   995 West 122nd Avenue,   Westminster, CO 80234-3417
13318831*       +Exxon,   Po Box 6497,   Sioux Falls, SD 57117-6497
13318832*       +Fingerhut/Metbank,   Post Office Box 166,   Newark, NJ 07101-0166
13318833*       +Flagstar Bank,   5151 Corporate Drive,   Troy, MI 48098-2639
13318834*       +Ford Credit,   Po Box Box 542000,   Omaha, NE 68154-8000
13318835*       +HFC,   Po Box 3425,   Buffalo, NY 14240-3425
13318836*       +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13318837*       +Hsbc Bank,   6602 Convoy Court,   San Diego, CA 92111-1009
13318838*        JCPenney,   Po Box 984100,   El Paso, TX 79998
13318839*        Lowes,   Po Box 103065,   Roswell, GA 30076
13318840*       +Macy's,   9111 Duke Boulevard,   Mason, OH 45040-8999
13318842*       +Marriott Employees FCU,   10400 Fernwood Road,   Bethesda, MD 20817-1102
13318843*       +National Credit Solutions,   Po Box 15779,   Oklahoma City, OK 73155-5779
13318845*       +Old Navy,   Po Box 981400,   El Paso, TX 79998-1400
13318846*       +R.A. Rogers, Inc.,   PO Box 3302,   Crofton, MD 21114-0302
13318847*       +Santander Consumer USA,   Po Box 961245,   Ft Worth, TX 76161-0244
13318848*       +Seventh Avenue,   1112 7th Avenue,   Monroe, WI 53566-1364
13318849*       +Shell,   Po Box 6497,   Sioux Falls, SD 57117-6497
13318850*       +The Home Depot,   Po Box 6497,   Sioux Falls, SD 57117-6497
```

```
District/off: 0315-7          User: msch                  Page 3 of 3              Date Rcvd: May 30, 2017
                              Form ID: 408                Total Noticed: 59


              ***** BYPASSED RECIPIENTS (continued) *****
13318851*       +Trident Asset Management,    5755 Northpoint Parkway,    Alpharetta, GA 30022-1136
13318852*       +United Consumer Financial Services,    865 Bassett Road,    Westlake, OH 44145-1194
13318853*       +Valley Credit Service,    12907 Oak Hill Avenue,    Hagerstown, MD 21742-2926
13318854*       +Wal-Mart,   Po Box 981400,    El Paso, TX 79998-1400
13318855*       +Washington County Hospital,    251 East Antietam Street,    Hagerstown, MD 21740-5724
13318856*       +Wells Fargo National Bank,    Po Box 94498,    Las Vegas, NV 89193-4498
13318857*       +Worlds Foremost Bank,    4800 NW 1st Street,    Suite 300,    Lincoln, NE 68521-4463
13296324      ##+Bank of America,    Po Box 1598,    Norfolk, VA 23501-1598
13318844      ##+Nationwide Credit , Inc.,    1150 E. University Dr.,    First Floor,    Tempe, AZ 85281-8674
13296360      ##+Trident Asset Management,    5755 Northpoint Parkway,    Alpharetta, GA 30022-1136
                                                                                TOTALS: 5, * 48, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2017 at the address(es) listed below:
          Danielle Boyle-Ebersole    on behalf of Creditor    Selene Finance, LP debersole@hoflawgroup.com,
           bbleming@hoflawgroup.com
          James Warmbrodt    on behalf of Creditor    Planet Home Lending, LLC bkgroup@kmllawgroup.com
          John Michael Kolesnik    on behalf of Creditor    Flagstar Bank, FSB pawb@fedphe.com,
           fedphe@hotmail.com;amber.zinski@phelanhallinan.com
          Joshua I. Goldman    on behalf of Creditor    Planet Home Lending, LLC bkgroup@kmllawgroup.com
          Lauren Berschler Karl    on behalf of Creditor    Planet Home Lending, LLC. lkarl@kmllawgroup.com,
           ddott@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Arlene A. Jenkins ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 8
```